_Jermone Mitchell #AL-1076_
Name and Prisoner/Booking Number

_CSP- Sacramento_
Place of Confinement

_P.O. Box 290066_
Mailing Address

_Represa CA 95671_
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

<div style="border:1px solid">

# FILED

### Feb 14, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

</div>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_Jermone Robert Mitchell_ ,
(Full Name of Plaintiff)          Plaintiff,

v.

(1) _C.D. Desimone_ ,
(Full Name of Defendant)

(2) _Warden Lynch_

(3) _Administration classification committee_

(4) _____ ,
                              Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-278-DMC (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

_Jury trial demanded_

☑Original Complaint
☐First Amended Complaint
☐Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: _CSP - Sacramento_

## B. DEFENDANTS

1. Name of first Defendant: _C.0 DESIMONE_. The first Defendant is employed as:
   _Correctional officer_ at _CSP- Sacramento_
   (Position and Title) _Official and Individual capacity_    (Institution)

2. Name of second Defendant: _Jeff Lynch_. The second Defendant is employed as:
   _Warden_ at _CSP- Sacramento_
   (Position and Title) _official and Individual_    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____
   (Position and Title)    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____
   (Position and Title)    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _1_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Mitchell_ v. _Silva_
      2. Court and case number: _3:18-cv-02044_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Settlement_

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _____

_____

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On August 31st 2021 during 5:00 pm pill call I was walking out my cell I was punched in the back of my head by Inmate Hilton. C.O. Desimone saw Hilton punch me in the back of the head while to him being in the tower Officer as Hilton and I tell on all fours and I got up and I was attacked by another Inmate Ellis the tower did not give any verbal commands, He rose up and watched as Inmate Ellis produced a prison knife. I was stabbed in the hand and in the forehead. I was fighting two inmates, and one with a knife. The officer saw all of this happening and saw all the blood coming out of my wounds and did not use any type of force to deter the attack. After being attacked without any help from the correctional officers I had to snatch away from the two attackers and ran down the C section stairs bleeding profusely taking my safety into my own hands and running through the rotunda into the dining area, before reaching the rotunda I ran into an officer getting my blood all on him because of me running from the attack. Inmate Hilton is not housed in C-Section he was allowed into the section

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I was punched in the back the head and stabbed because officer Desimone failed to respond to the attack. I was stabbed in the hand and forehead. 13 stitches in hand and five in my head.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I arrived at CSP-Sacramento from RJD prison in sandiego. I was attacked at RJD by three inmates because I was EOP and programming with sny inmates. I was placed in the hole and transferred to CSP-Sac because I had level 4 points and safety concerns. I arrived at CSP-Sac in Jan 2020. I was classified to go to B-yard CSP general population. I stayed their until August 22nd when I was attacked by 3 more inmates on the general population yard. I did not know what tr. I went to committee and moved out to C-yard where I was stabbed. I have been getting attacked because I was a general population inmate who was housed with sny Inmates on Non-designated yards. I did not find this out until I was placed on EOP this time (just a few weeks ago). CSP Sac staff have had prior knowledge about Inmates being attacked after their EOP care being dropped from EOP to CCCMS. I am still EOP general provision and was placed in Dangerous environments with no prior knowledge. Staff knew I was coming from having my level of care being dropped and did not warn me. So I have been attacked numerous times because of the Non-designated program.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). staff had prior knowledge of inmates being attacked because level of care being dropped. I was transferred to CSP-Sac because I was attacked for level of care drop or being housed with sny inmates in Non-designated program

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☑ No

   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☑ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I just found this info out two weeks ago and was given chrono 128 c as proof.

   I recently received the 602 cdr It's Exhaustion phase It has been exhausted.

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Damages in the # of $250,000 and injuctive relief due to the numerous attacks and mental trauma to continue to be placed on single cell because of the anxiety and lack of trust of being around inmates. I have major trauma after being attacked over 3 times since 2019. I have flashbacks and I am paranoid. On 1-8-22 At this prison (SP-Sacramento) a cell mate killed his cellie. I Fear for my safety and do not want to suffer any injury again. CSP-SAC Neglects prisoners. I am in Immediate danger.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1 - 6 - 22___

         DATE

                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

SAC - California State Prison, Sacramento

Patient:     **MITCHELL, JERMONE ROBERT**
DOB/Age/Sex: 7/11/1984  / 37 years     / Male          CDCR: AL1076

| *Mental Health IDTT MPage Forms* |
|---|

FE ability to work in large groups :  N/A

FE ability to deal with changes :  N/A

FE any other MH limitations :  N/A

FE activities/tasks the IP can still do :  N/A

                                                    Alvarez, Shea Unlicensed Psychologist - 9/22/2021 11:23 PDT

Clinical Summary & Case Formulation
Clinical Summary :  IP is a 37 year old Black male currently serving a sentence of 16 years for the offenses of Prior Felony conviction of serious offense, criminal threat to cause GBI/Death Second Striker (street gang act in commission of serious felony/PC1192.7). He has been placed in ASU following two attacks on him (a 3 on 1 battery and a stabbing). He is a level 4 inmate with 98 points. His control date is 9/10/23 with an overall max date of 6/5/26. His TABE score is 12.9, DDP status is NCF, and DPPV: None. He has been issued 10 RVRs since 2016 for the following offenses: Fighting (x3), overfamiliarity, behavior which could lead to violence, resisting staff, battery on a prisoner, conspire - distribution of a controlled substance, disobeying an order, and failure to respond to notices. His most recent RVR was issued on 7/14/20 (conspire-distribution of a controlled substance).

IP was recently referred to EOP LOC. IP was recently the victim of two assaults. On one occasion, he was battered by three inmates and on the other one he was stabbed. He sustained injuries requiring a total of 16 stitches (12 on his hand, which he used to protect his face, and four on his face). Since these incidents, he has experienced an increase in MH symptoms, including an increase in anxiety and panic attacks, an increase in depressive mood, and an increase in paranoia (the paranoia us congruent with his circumstances). IP's increased in symptoms is warranting a higher LOC at this time.

IP has been diagnosed with anxiety disorder (last amphetamine use?). IP has presented with dysthymic mood and reported some depression, though at this time it was unclear whether he meets the criteria for it. Further evaluation will be necessary in order to clarify his diagnosis.

Per MAR summary, IP is currently prescribed Mirtazapine and PRN Vistaril, both to treat his anxiety. IP is medication compliant. He is currently also prescribed omeprazole for nausea. IP reported to this PC that he had vomited several times following his stabbing and noted that medical staff were aware and treating him.

IP has IPOCS for Anxiety and Depression, with the goals of reducing his symptoms and identifying and strengthening his coping skills.

Predisposing Factors :  Per prior documentation: Father was abusive verbally, physical and emotionally, as well as involved in criminality. Inmate reports that father "would whoop me and I saw him beating on my mother". Inmate witnessed domestic violence.
Perpetuating Factors :  Per prior documentation: IP referenced a traumatic upbringing and history of ADD/ADHD since childhood (age 12). Inmate's parents separated when inmate was 18. Inmate reports that father was "killed by police when I was 19". Inmate reports exposure to "drug abuse at an early age". Inmate reports that "older brother abused drugs". Inmate

---

Report Request ID:     50991713                                Print Date/Time:  1/25/2022 13:25 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento
Prison Road
P.O. Box 290002
Represa, CA 95671-

**Patient:** MITCHELL, JERMONE ROBERT
DOB/Age/Birth Gender: 7/11/1984   37 years      Male
Gender Identity: Male
Encounter Date: 1/3/2020
Attending: Arya,Afshin P&S

CDCR #: AL1076
PID #: 11977060
Referring:

---

## *Progress Notes*

Document Type:                              Progress Note-Nurse
Document Subject:                           RN line
Service Date/Time:                          9/7/2021 12:45 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Poppachan,Sminni RN (9/7/2021 12:51 PDT)
Sign Information:                           Poppachan,Sminni RN (9/7/2021 12:51 PDT)
Authentication Information:                 Poppachan,Sminni RN (9/7/2021 12:51 PDT)

Encounter Info: Patient Name: JERMONE MITCHELL,DOB: 07/11/1984,CDCR: AL1076,FIN: 1000000191977060AL1076,Facility: SAC,Encounter Type: Institutional Encounter
Patient is  scheduled RN line for the suture removal .PI is alert and oriented .PI is complained of nausea and vomiting
.According to the patient he feels nausea and vomiting after the assault .Denies any abdominal pain .Dr Ma came and
examine the patient and Dr Ma ordered omeprazole for 14 days and Dr Ma removed 4 sutures on the right hand and rest of
the sutures will remove on Monday ,RN follow up ordered .Teach the patient to inform the medical staff for any health issues
or worsening condition and keep wound clean and dry .PI verbalized understanding .

Electronically Signed on 09/07/2021 12:51 PM PDT

Poppachan, Sminni RN, RN

---

Document Type:                              Progress Note-Nurse
Document Subject:                           RN Follow Up
Service Date/Time:                          9/6/2021 08:31 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Buckman,Christopher RN (9/6/2021 10:30 PDT)
Sign Information:                           Buckman,Christopher RN (9/6/2021 10:30 PDT)
Authentication Information:                 Buckman,Christopher RN (9/6/2021 10:30 PDT)

Encounter Info: Patient Name: JERMONE MITCHELL,DOB: 07/11/1984,CDCR: AL1076,FIN: 1000000191977060AL1076,Facility: SAC,Encounter Type: Institutional Encounter
Patient seen on RN line today for removal of forehead sutures. On arrival patient states that the sutures removed
yesterday. Forehead laceration is clean dry and intact with all sutures removed. No further treatment indicated at
this time. All other clinical issues or concerns, as well as assessments and plans for this patient were clearly
discussed and he was given a chance to ask questions. All questions answered to his satisfaction and he verbalized
understanding and is in agreement with the plan of care. He was also advised to submit a CDCR 7362 or contact
medical for any clinical concerns or any acute changes in condition.

COVID-19 Precautions

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  50787567                                          Print Date/Time:  1/19/2022 13:19 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:       **MITCHELL, JERMONE ROBERT**
DOB/Age/Sex:  7/11/1984  / 37 years      / Male            CDCR: AL1076

| *Mental Health IDTT MPage Forms* |
| --- |

center, IP is currently diagnosed with anxiety disorder. IP reported that he is currently struggling with depressive symptoms and anxiety. IP has treatment goals, over the next 90 days, of reducing his depression as a 4 or below, rating anxiety as a 5 or below, and learning 3 new positive coping skills.

The following information was pulled forward from previous MHPC assessment, reviewed by current writer, and deemed relevnt:

"IP has been diagnosed with anxiety disorder. IP has presented with dysthymic mood and reported some depression, though at this time it was unclear whether he met the criteria for it. Further evaluation will be necessary in order to clarify his diagnosis. Per MAR summary, IP is corrently prescribed Mirtazapine and PRN Vistaril, both to treat his anxiety. IP is medication compliant. He is currently also prescribed omeprazole for nausea. IP reported to this PC that he had vomited several times following his stabbing and noted that medical staff were aware and treating him. IP has IPOCS for Anxiety and Depression, with the goals of reducing his symptoms and identifying and strengthening his coping skills. "

Predisposing Factors :   Pre-existing or distal vulnerabilities that likely impact IP's developmental path consists of poor attachment particularly to parents. Per documentation, IP reported that his father was "abusive verbally, physical and emotionally" and witness domestic violence during his upbringing. In addition, per documentation, IP was exposed to criminal behaviors and drug use during his upbringing.

Perpetuating Factors :   Factors that likely cause or contribute to the problem(s) consist of a lack of insight on his mental health and overall functioning include previous and possible ongoing substance use, disordered attachment style in early childhood, gang involvement, and having poor judgement and insight into mental health issues.

Precipitating Factors :   Factors that likely immediately trigger that problem(s) in present time consist of the presence of internal stimuli and internal stressors that likely ignite distress or acting out such if staff appear agitated toward him. In addition, Medication non-compliance also will likely exacerbates and triggers mood and behavioral issues.

Howard, Kayla Clinical Psychology Intern - 10/7/2021 12:27 PDT

Protective Factors :   Factors that may reduce the influence of risk factors consist of his ongoing familial contact, future orientation to see children, and demonstrative motivation to attend MH treatment.

Case Formulation :
From a CBT perspective, IP presents with trauma throughout the lifespan due to being exposed to criminal behaviors, drug use, and being abused from a parent. IP could have developed core beliefs from these experiences such as "the world is unsafe," "others are dangerous and unpredictable," and "I am a bad person." IP may have created rules to keep himself safe such as "if I keep quiet then I won't get hurt" and "I can keep myself safe if I lash out at others." These beliefs and rules were possibly reinforced through gang affiliation and life of incarceration to keep himself emotionally and physically safe. However, these rules have never allowed IP to express his feelings distrust, sadness, and anxiety. IP then ruminates over thoughts regarding paranoia and distrust toward authority figures such as custody staff. These thoughts lead to IP finding he can get his needs met by acting out behaviorally or reporting SI/HI which in turn exacerbates his symptoms of depression, distrust, anxiety, and paranoia by staff reinforcing these beliefs.

Howard, Kayla Clinical Psychology Intern - 10/7/2021 13:22 PDT

Current Diagnosis

Report Request ID:    50991713                              Print Date/Time:   1/25/2022 13:25 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:    **MITCHELL, JERMONE ROBERT**
DOB/Age/Sex:  7/11/1984  / 37 years    / Male          CDCR: AL1076

| *Mental Health IDTT MPage Forms* |
|---|

reported that he was "thinking about making a weapon and carrying it with him in case he was jumped on the yard by inmates directed to do so by custody staff. IP stated he did not want to get a 115 for having a weapon, so instead he decided to report HI to custody and be removed from the yard. "
Per record review, it is suspected by this writer that IP reports SI or HI when feeling unsafe and wants to move yards to be away from custody staff or certain IPs.

<div align="right">
Howard, Kayla Clinical Psychology Intern - 10/7/2021 12:23 PDT
Howard, Kayla Clinical Psychology Intern - 10/7/2021 12:23 PDT
</div>

Suicide History Grid

|  | Suicide Attempt #1 |
|---|---|
| Suicide Attempt Date : | 7/11/2009 PDT |
| Intent to Die : | Yes |
| Suicide Method : | Cut wrist |
| Lethal Method? : | No |
| Medical Severity (1-4) : | 2 - Minor, superficial |
| Mental Health Follow-Up : | Yes |
| Details : | Cut self on left wrist, no suicidal intent, no visible scar |
| Source : | I/P |
|  | Howard, Kayla Clinical Psychology Intern - 10/7/2021 10:52 PDT |

inmate's self-harm behavior non-suicidal :  Per SRASHE dated 07.09.2018: IP reported self-harm history and said that in 2009 (at approximate age 25) he cut himself on the left wrist with a knife to get attention from a girlfriend. No scar currently visible, IP reports no medical or mental treatment was required.

Significant anniversary dates :  Per SRASHE dated 07.09.2018: IP reports November 20, 2002 is an anniversary date. He says his father was killed by police officers/sheriff dept on this day.
Identified self-harm/suicidal triggers :  Per prior documentation: Mistreatment by custody staff
Paranoid thoughts, mistrust/suspiciousness of others
History of successful coping strategies :  Per prior documentation: I/P said he enjoys reading, watching TV, and exercising. I/P also names "smoking marijuana" as a successful coping strategy.

<div align="right">
Howard, Kayla Clinical Psychology Intern - 10/7/2021 10:52 PDT
</div>

Family History
Family History

<div align="right">
(As Of: 10/7/2021 12:27:10 PDT)
</div>

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:                      MITCHELL, JERMONE ROBERT
DOB/Age/Birth Gender:    7/11/1984  /  37 years    /   Male          CDCR: AL1076

| *Progress Notes* |
|---|

**Encounter Info:** Patient Name: JERMONE MITCHELL,DOB: 07/11/1984,CDCR: AL1076,FIN: 10000001911977060AL1076,Facility: SAC,Encounter Type: Institutional Encounter

Document Type:                     Outpatient Progress Note
Document Subject:                  Co-consult Note
Service Date/Time:                 9/1/2021 10:05 PDT
Result Status:                     Auth (Verified)
Perform Information:               Ma,Jian P&S (9/1/2021 10:06 PDT)
Sign Information:                  Ma,Jian P&S (9/1/2021 18:29 PDT)
Authentication Information:        Ma,Jian P&S (9/1/2021 18:29 PDT); Ma,Jian P&S (9/1/2021 18:29 PDT)

RN Pop consulted me about this patient right palm wound this morning.

I went to the RN exam room and evaluated the patient briefly.

Apparently, the patient had a stabbing wound in his right palm yesterday evening and had laceration repair by a on-call doctor. As for now he complains of a lot of pain, stating the over-the-counter medication Tylenol or ibuprofen has not been effective for pain control.

Upon examination, the laceration is located in the right palm in the thenar area; the length of the laceration is approximately 6 cm, curved with a slight oozing blood. But the sutures otherwise in place with good wound approximation. The patient has very limited range of motion of his right thumb which is resulted from old nerve injury in the past. Otherwise patient's neurovascular functions of the hand/fingers are the same as before.

**Assessment/plan**
Laceration in the right palm
  -Date of injury: 8/31/2021.
  -Mechanism of injury: Stabbing.
  -The laceration has been repaired with the sutures yesterday evening.
  -No new neurovascular compromise by today's examination.
  -Dressing changed today.
  -Short arm splint at volar side provided with the patient today.
  -Order the Tylenol with codeine for pain control for short-term, total 6 days with tapering.

**Follow-up**
As scheduled with RN for daily wound care/dressing change.

[This document has been prepared with voice recognition software. Occasional wrong word or sound alike substitutions may have occurred due to the inherent limitations of voice recognition software. Read the chart carefully and use context to judge correct, intended words where substitutions have occurred].

**Encounter Info:** Patient Name: JERMONE MITCHELL,DOB: 07/11/1984,CDCR: AL1076,FIN: 10000001911977060AL1076,Facility: SAC,Encounter Type: Institutional Encounter

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   50787567                          Print Date/Time:  1/19/2022 13:19 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:                    **MITCHELL, JERMONE ROBERT**
DOB/Age/Birth Gender:   7/11/1984   /   37 years   /   Male        CDCR: AL1076

| *Progress Notes* |
|---|

**Musculoskeletal/Extremity:** Normal gait. No E/C/C in extremities.
**Spine:** Normal spine curvature.
**Skin:** 7 cm laceration in the right palm with 12 sutures in place. There is some macerated skin at the edge of the laceration, but otherwise the wound appeared to be dry and clean, without discharge and without signs of infection. There is also a 3 centimeters Y-shaped laceration with this 4 sutures in place in the right forehead, which appear to be approximated well and is dry and clean without signs of infection.

**Assessment/Plan**
1. Laceration of hand
   -Some macerated skin noted at the edge of laceration but otherwise the wound appeared to be dry and clean without signs of infection.
   -We will continue with dry dressing on a daily basis.
   -The sutures can be removed in 10 to 14 days - will schedule him with MD for that.
2. Cut of forehead
   -The wound appeared to be dry clean with normal appearance of the healing.
   -The wound is cleaned with alcohol swab today.
   -Plan to remove the suture in 5 to 7 days - will schedule the patient with RN for that.
3. Dyspepsia
   -Could be side effect from Tylenol with codeine.
   -We will prescribe problems that the patient use on as-needed basis.

**Education**
Discussed with patient about self wound care.

**Effective Communication**
His TABE score is 12.9. The effective communication is achieved by using simple, basic language, by slow, clear and loud speech, and also by asking the patient voice back my treatment plan and recommendation with his own words.

**Follow up**
In 4 days with RN for forehead issue removal.
In 11 days with PCP for right palm puncture removal.

[This document has been prepared with voice recognition software. Occasional wrong word or sound alike substitutions may have occurred due to the inherent limitations of voice recognition software. Read the chart carefully and use context to judge correct, intended words where substitutions have occurred].

**Home/Environment**
Type of injury/abuse: IP claims to have been hit with household objects by his mother.. Have you ever been physically abused: Yes.
Nutrition/Health
Type of diet: Regular.
Sexual
History of sexual abuse: No. Orientation Heterosexual..
Substance Abuse
Former, Cocaine, Marijuana, PCP, Previous treatment: None. Started age 11 Years. Stopped age 30 Years.
Tobacco
Former, Cigarettes, 2 year(s).

**Family History**
Bipolar disorder: Father.
Cancer of colon: Negative: Mother and Father.
Cancer of prostate: Negative: Father.
Criminality: Father.
Diabetes mellitus: Negative: Mother and Father.
Hypertension: Mother and Father.

**Immunizations**

| Event Name | Event Result | Date/Time |
|---|---|---|
| pneumococcal 23-polyvalent vaccine | 0.5 mL | 01/28/16 12:00:00 |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine | 100 mcg | 05/11/21 10:39:00 |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine | 100 mcg | 04/13/21 11:50:00 |
| tetanus/diphth eria/pertussis, acel(Tdap) | 0.5 mL | 08/31/21 18:25:00 |
| tetanus/diphth eria/pertussis, acel(Tdap) | 0.5 mL | 09/01/16 12:00:00 |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   50787567                                Print Date/Time:   1/19/2022 13:19 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

| | | | | |
|---|---|---|---|---|
| Patient: | **MITCHELL, JERMONE ROBERT** | | | |
| DOB/Age/Birth Gender: | 7/11/1984 / 37 years / Male | | CDCR: AL1076 | |

| *Progress Notes* |
|---|

| | |
|---|---|
| Document Type: | Outpatient Progress Note |
| Document Subject: | Office Visit Note |
| Service Date/Time: | 9/17/2021 09:11 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Ma,Jian P&S (9/17/2021 09:15 PDT) |
| Sign Information: | Ma,Jian P&S (9/17/2021 09:15 PDT) |
| Authentication Information: | Ma,Jian P&S (9/17/2021 09:15 PDT) |

**Chief Complaint**
right palm suture removal.

**History of Present Illness**
This is a 37-year-old African-American male is here for suture removal in his right palm. However the suture has been removed by nurse a couple days ago. No new issues otherwise.

**Review of Systems**
Noncontributory to today's visit.

**Physical Exam**

Vitals & Measurements
**T:** 36.5 °C (Tympanic)  **HR:** 65 (Peripheral)  **RR:** 16  **BP:** 135/85  **SpO2:** 98%
**WT:** 94.3 kg  **WT:** 94.3 kg (Wt dosing)
**General:** Awake, alert, and oriented x 4, in no acute distress.
**Mental:** Normal mental status with normal mood, affect, and thought process.
**HEENT:** Unremarkable by inspection.
**Neck:** Unremarkable by observation.
**Chest Wall/breasts:** Unremarkable by inspection.
**Cardiovascular:** Not examined.
**Pulmonary:** No labored breathing.
**Abdomen:** Not examined.
**Genitourinary:** Not examined.
**Rectal/prostate:** Not examined.
**Neurological:** Not examined.
**Musculoskeletal/Extremity:** Normal gait. All extremities move freely without restriction observation. No E/C/C in extremities.
**Spine:** Normal curvature.
**Skin:** Healed scar noted in the right palm. No suture noted. No signs of infection.

**Assessment/Plan**
1. Laceration of hand
   -Patient had a laceration in the right palm on 8/31/2021 and had laceration repair with stitches.
   -Sutures are removed and the wound is healed.
   -No further follow-up for this issue necessary.

**Problem List/Past Medical History**
Ongoing
Anxiety disorder, unspecified
Chronic pain of left knee
History of drug use
Intermittent asthma
Overweight
Historical
Elevated AST (SGOT)

**Medications**
 Active Medications:
1-hydrOXYzine pamoate 50 mg Cap
(Vistaril) 50 mg 1 cap Oral TIDAM+PM+BED
DOT PRN: anxiety
levalbuterol 45 mcg/puff Aerosol 15 gm
(Xopenex HFA 45 mcg/inh inhalation
aerosol) 45 mcg 1 puff Oral QID-KOP KOP
PRN: shortness of breath or wheezing
mirtazapine 45 mg 1 tab Oral qPM DOT
omeprazole 20 mg 1 cap Oral BIDAM+PM
NA

**Allergies**
No Known Medication Allergies

**Social History**
Alcohol
Former, Liquor
Employment/School
Previous employment/school: completed 11th
grade and obtained GED and some JC.
Home/Environment
Type of injury/abuse: IP claims to have been
hit with household objects by his mother.,
Have you ever been physically abused: Yes.
Nutrition/Health
Type of diet: Regular.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  50787567                         Print Date/Time:  1/19/2022 13:19 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

cellmates
fought and one killed the other
A common occurrence at this prison.

## Declaration

I Jermone Mitchell have been assaulted numerous times since 2019. Since August 22nd I have had two incidents I was attacked by 3 inmates on August 29th I was attacked and stabbed by two inmates. Due to being the victim of numerous assaults I am paranoid and jumpy in cell situations. At my Committee I have voiced these concerns I want to be given an injunction to keep my single cell where cocr cannot put me in dangerous situations. I am scheduled to be taken to Committee in March and I do not want to be put in a situation where I jump to conclusions due to the trauma cocr has allowed me to experience. I am asking this court to allow me to keep my single cell during this process of court while things unfold. I would be placed in a dangerous situation after being the victim. I do not know who to trust I am scheduled to be released 5-3-23

I declare this to be true under the penalty of perjury on 1-5-22

At CSP-Sacramento          Jermone Mitchell



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLASSIFICATION COMMITTEE CHRONO

| Inmate Name: | NESBITT, ROBERT H. | | Date: | 06/11/2020 |
|---|---|---|---|---|
| CDC#: | F08954 | | Date of Birth: | 12/22/1974 |
| Control Date: | 04/06/2110 | | Control Date Type: | Minimum Eligible Parole Date |

| Hearing Date: | 06/11/2020 | | Hearing Type: | Determinate SHU Term; Transfer; Other (See Committee Action Comments) |
|---|---|---|---|---|
| Committee Type: | Institution Cls. Committee (GP-ICC) | | Correctional Counselor: | J. Casagrande |

**STATIC CASE FACTORS**

**CRITICAL CASE FACTORS**

## CLINICIAN COMMENTS

Dr. Williams was present and participated in committee's decision.

## COMMITTEE ACTION SUMMARY

SHU ASSESSMENT/TRANSFER/PROGRAM REVIEW: RETAIN B FACILITY EOP PENDING TRANSFER, VACATE ICC ACTION DTD 2/21/19 RELEVANT TO SHU ASSESSMENT FOR RVR DTD 12/7/18, ASSESS/IMPOSE A 6 MONTH MIT/CONC SHU TERM FOR RVR DTD 7/10/19(LOG#6182247R1) W/ EXP MERD 6/9/19, MEDA CUSTODY, A1/A EFF. 6/26/19, RETAIN ON ALL ASSIGNMENTS AND W/LS, NGPC/NBDC/NDRC, REFER TO CSR FOR SHU AUDIT AND TRANSFER RECOMMENDATION OF KVSP-IV(180) W/ ALT SVSP-IV(180)

## COMMITTEE COMMENTS

Inmate NESBITT appeared before California State Prison, Sacramento's (SAC's) B Facility EOP General Population (GP) Institutional Classification Committee (ICC) today for his SHU Assessment/Transfer/Program Review. S stated that his health was good and was willing to proceed. S received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, S was introduced to the committee members.

Based upon a review of S's ERMS-file, case factors, adjudicated 115, and thorough discussion with him, committee elects to address the following SHUable RVR:

Vacate ICC action dated 2/21/19 relevant to SHU Assessment for RVR dated 12/7/18(Log#6182247) due to the RVR being ordered Reissue/Rehear.

RVR dated 7/10/19, Log# 6182247R1, has been adjudicated and S was found guilty of Battery on a Peace Officer. Therefore, ICC acts to Assess and Impose a 6-month mitigated concurrent SHU term with an expired MERD of 3/6/19. FOC: 150 days. Division B offense. D2/D from 12/7/18 through 3/5/19. Aggravated 0 months. Aggravating Factors: None. Mitigated 6 months. Mitigating Factors: S has not been involved in prior acts of the same or similar nature. In assessment of this SHU term, ICC has considered the CDCR 115MH and the information provided by clinical staff, noting S's mental health did not contribute to this behavior nor are there any mental health factors for ICC to consider when assessing the SHU term.

Retain B-Facility EOP: Retain Custody at MEDA based on no precluding factors. . WG/PG A1/A effective 03/26/19. Retain on Voluntary Education and B6 Porter Assignments, with NGPC based on Battery on a Peace Officer dated 12/07/18 and NBDC based on serving a life sentence. Not Cleared for dining room assignments based on Battery on a Peace Officer dated 12/07/18.

180/270 Eligibility: S meets criteria for 180 Level IV housing based upon Div. B, Battery on a Peace Officer dated 12/07/18 w/ SHU suspended 03/26/19.

Double Cell S' housing assignment was reviewed in accordance with California Code of Regulations (CCR) Title 15, specifically section 3269, Inmate Housing Assignments. Subject does not have documented in-cell violence, predatory behavior or victimization concerns. Subject meets departmental policy for double cell housing. During committee, Subject participated in the discussion regarding his housing assignment. Subject agreed with having a double cell housing assignment. Therefore, Committee elects to continue his double cell housing assignment at this time.

The current Integrated Housing Code (IHC) is noted as: RE This has been reviewed by committee and remains appropriate.

Medical/Mental Health: S is a participant in the MHSDS at the CCCMS level of care, per SOMS. ODP: S is designated NCF, per SOMS. DPP: None. S is Frequent Basic Consultation, Full Duty, Medium Risk, Low-Intensity Nursing with No Institutional-Environmental Restrictions per SOMS Medical Classification Chrono dated 04/15/19.

Additional Comments: S has a TABE of 12/9 per SOMS, ICC notes S is endorsed to SAC-IV (180/EOP), per SOMS Auditor Action dated 03/26/19.

ICC elects to refer S to the CSR for SHU Audit and Non-Adverse Endorsement to KVSP-IV(180) with an alternate of SVSP-IV(180). ICC notes documented enemy on KVSP-C Facility. Per contact with KVSP Assistant C&PR, if S were to transfer to KVSP, he could be housed on A or B Facility and

would not come into contact with enemy. S acknowledges, S may be referred to another institution based upon his LOC, level IV points and other factors, if necessary. ICC feels that S can safely and positively program at an alternate GP institution. Recently, SAC has noticed the inmates which have had their level of care lowered from EOP to CCCMS, are being targeted by the general population inmates when released to B or C Facility general population. To prevent S from being the potential victim on B or C Facility, ICC feels that it is in S' best interest to continue his programming with the B EOP inmates and to transfer to an alternate General Population institution. Transfer recommendation is based on CCCMS level of care, classification score and 180-design eligibility. This is a non-adverse transfer. S' WGPG will be A1/A upon arrival at the receiving institution. S is eligible for MEDA custody and cleared for Double Cell housing upon transfer. Confidential File: Present and reviewed. The following case factors have been updated: Separation Alerts and Next of Kin Notification.

Staff Assistant: Staff Assistant was K. Parsons and for purposes of achieving Effective Communication met with S 24-hours prior to this hearing and was present during this hearing. Effective Communication was achieved via simple English and additional time. S demonstrated he was able to communicate and understand by restating the information in his own words. A Staff Assistant was assigned based on: S is participant in the MHSDS at the CCCMS level of care.

S was informed that his next Committee hearing is scheduled on or before 12/22/2020 for Annual Review. Next BPH: Con. 12/22/2029.

At the conclusion of this review, S was informed of his Appeal Rights with regards to his committee's actions. S acknowledged his understanding and agreement with committee's actions.

| RECORDER | | |
|---|---|---|
| J. Casagrande | | 06/11/2020 |
| | | Date |

| CHAIRPERSON | | |
|---|---|---|
| J. Peterson | | 06/11/2020 |
| | | Date |

CDCR SOMS ICCT162 - Classification Committee Chrono