1
2
3
4
5
6
7
8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JEROME ROBERT MITCHELL,              No.  2:22-CV-0278-DMC-P

12                  Plaintiff,

13           v.                                          ORDER

14   DESIMONE, et al.,

15                  Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis.

19   See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28

20   U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.  The

21   sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

22              IT IS SO ORDERED.

23   Dated:  March 23, 2022

24                                                       _____
                                                        DENNIS M. COTA
25                                                       UNITED STATES MAGISTRATE JUDGE

26
27
28

1